BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor Federal Building–Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WILLIAM PLEVY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM PLEVY <br><br> Defendant. | No. CR-10-854 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** <br><br> Current Date: July 22, 2011, at 10:30 a.m. <br> Proposed Date: August 12, 2011 at 10:30 a.m. |

1. Mr. Plevy's sentencing was previously scheduled for July 22, 2011. Since the time the hearing was scheduled, defense counsel determined that she is unavailable on that date for sentencing.

2. In order to ensure that Mr. Plevy has his counsel present during his sentencing hearing, defense counsel requests that the hearing be moved to August 12, a date that is available for the Court and all parties.

3. AUSA Acadia Senese and USPO Patrick McFate have no objection to this request; all parties are available on August 12.

//

//

Stip. & [Proposed] Order to Continue Sentencing;
*United States v. Plevy*, 10-854 JCS    1

1     IT IS SO STIPULATED.

2     6/17/11                                                                        /s/

3   _____             _____
     DATED                               ACADIA SENESE
4                                            Assistant United States Attorney

5

6     6/17/11                                                                          /s/

7   _____             _____
     DATED                               RITA BOSWORTH
8                                            Assistant Federal Public Defender

9

10

11     Mr. Plevy's sentencing hearing shall be re-scheduled for August 12, 2011, at 10:30 a.m.

12     IT IS SO ORDERED.

13

14     06/20/2011
     DATED                               JOSEPH
15                                          United St[ates]

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature: Judge Joseph C. Spero)*

Stip. & [Proposed] Order to Continue Sentencing;
*United States v. Plevy*, 10-854 JCS          2